IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ALTON MILLER                                                    PLAINTIFF

v.                         No. 3:19-cv-67-DPM

KEITH BOWERS, Head Administrator,
Craighead County Detention Center; T. RAMOND,
Assistant Supervisor, Craighead County Detention
Center; CORRECT CARE SOLUTIONS GROUP;
and DOES, Supervisor, Chief Jailer                     DEFENDANTS

## ORDER

Miller hasn't responded; his mail is being returned undelivered. № 6 & 7. Unopposed recommendation, № 5, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Miller's complaint will be dismissed without prejudice. This dismissal counts as a "strike" under 28 U.S.C. 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 May 2019