IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ALTON MILLER                                              PLAINTIFF

v.                    No. 3:19-cv-67-DPM

KEITH BOWERS, Head Administrator,
Craighead County Detention Center; T. RAMOND,
Assistant Supervisor, Craighead County Detention
Center; CORRECT CARE SOLUTIONS GROUP;
and DOES, Supervisor, Chief Jailer                       DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 May 2019